SXb

# IN THE UNITED STATES DISTRICT COURT FOR THE
## NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| USA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | Case No. 19 CR 858-1 |
| v. | ) | |
| | ) | Magistrate Judge Harjani |
| Jason Brown, | ) | |
| | ) | |
| Defendant. | ) | |

### ORDER

Initial appearance proceedings held. Defendant appears in response to arrest on 11/14/2019. Defendant informed of his rights. Enter Order appointing Nicholas G. Grapsas from the Federal Defender Program/Panel as counsel for defendant. Government seeks detention; defendant objects. Detention hearing is set for 11/21/2019 at 11am in courtroom 1219. Status regarding preliminary examination is entered and continued. Defendant is hereby remanded into the custody of the United States Marshal pending further order of court. Government's oral motion to unseal criminal complaint is granted. Case ordered unsealed.

Date: 11/14/2019

/s/ _[signature]_
United States Magistrate Judge

Time: 10 minutes