IN THE
UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS


FILED
NOV 14 2019
MAGISTRATE JUDGE
SUNIL R. HARJANI

UNITED STATES OF AMERICA,
Plaintiff,

v.

Defendant.

JASON BROWN

Case Number 19 CR 858

Judge HARJANI

## ORDER APPOINTING COUNSEL UNDER CJA

Name of Appointed Attorney: NICHOLAS G. GRAPSAS

Person Represented: JASON BROWN    Defendant number: ___    Under SEAL: YES or (NO)

Payment Category: (FELONY)   MISDEMEANOR    Type of Person Represented: (ADULT) JUVENILE   OTHER
OTHER    PETTY OFFENSE

Representation Type:   BP  (CC)  CF  CH  DRI  EW  EX  HC  JU  MA  JRV  JHB
MC  ML  NT  OT  PA  PR  PT  SR  WI  WW

**Court Order:**
(APPOINTING COUNSEL)        CO-COUNSEL            STANBY COUNSEL
SUBS FOR FEDERAL DEFENDER    SUBS FOR PANEL ATTORNEY    SUBS FOR RETAINED ATTORNEY

Prior Attorney's name: _____

If associate(s) will be used, list name(s) below. If the associate rate differs from CJA hourly rate, list the rate next to the associate's name:

_____

Signature of Presiding Judge: _____

Date of Order: 11/14/2019        Nunc Pro Tunc Date: _____ or (NONE)

## ORDER APPOINTING INTERPRETER UNDER CJA
*Prior authorization shall be obtained for services in excess of $900.*

Expected to exceed:   YES   NO

Prior Authorization Approved:   YES   NO

Signature of Presiding Judge: _____

Date of Order: _____        Nunc Pro Tunc Date: _____ or NONE