sxb

## U.S. District Court for the Northern District Of Illinois
## Attorney Appearance Form

Case Title: JASON BROWN   Case Number: 19 CR 858

An appearance is hereby filed by the undersigned as attorney for:

JASON BROWN

Attorney name (type or print):   Nicholas G. Grapsas

Firm:   NICHOLAS G. GRAPSAS, LTD.

Street address:   1630 Colonial Parkway, 2d Floor

City/State/Zip:   Inverness, IL  60067

Bar ID Number:  6197296          Telephone Number:  847.963.0100
(See item 3 in instructions)

Email Address:   nick@grapsaslaw.com

FILED
NOV 14 2019
MAGISTRATE JUDGE
SUNIL R. HARJANI

Are you acting as lead counsel in this case?          ✔ Yes   ☐ No

Are you acting as local counsel in this case?          ☐ Yes   ✔ No

Are you a member of the court's trial bar?          ✔ Yes   ☐ No

If this case reaches trial, will you act as the trial attorney?          ✔ Yes   ☐ No

If this is a criminal case, check your status.          ☐ Retained Counsel

                                                       ✔ Appointed Counsel
                                                       If appointed counsel, are you

                                                       ☐ Federal Defender
                                                       ✔ CJA Panel Attorney

In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by local rules 83.12 through 83.14. I declare under penalty of perjury that the foregoing is true and correct. Under 28 U.S.C.§1746, this statement under perjury has the same force and effect as a sworn statement made under oath.

Executed on

Attorney signature:   S/ Nicholas G. Grapsas
(Use electronic signature if the appearance form is filed electronically.)

Revised  8/1/2015