sxb

# IN THE UNITED STATES DISTRICT COURT FOR THE
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | | |
|---|---|---|
| United States of America, | ) | |
| | ) | |
| Plaintiff, | ) | Case No:  19 CR 858 |
| | ) | |
| v. | ) | |
| | ) | Magistrate Judge Sunil Harjani |
| | ) | |
| Jason Brown, | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER

Motion hearing held.  As stated on the record, the motion to approve co-counsel for attorney representation [25] is granted.  Attorney Joshua B. Adams is added as CJA counsel for defendant.  Arraignment hearing held on 2/27/2020.  Defendant acknowledges receipt of the indictment, waives formal reading, and enters a plea of not guilty to all counts.  16.1 conference to be held by 3/5/2020.  Pretrial motion will be set at the initial status hearing before the Honorable Mary Rowland.  Status hearing before the Honorable Mary Rowland is set for 3/26/2020 at 1:30 p.m.  Government moves to exclude time, and without objection, the time from 2/27/2020 through 3/26/2020 is excluded under 18 U.S.C. § 3161(h)(7) to serve the ends of justice. Excluding time will permit the parties to review discovery materials and allow the reasonable time necessary for effective preparation. Such delay outweighs the interests of the public and the defendant in a speedy trial, particularly at this early stage of the case

Arr (T: 04)
Motion (T:06)

Date:  2/27/2020                     /s/ Sunil R. Harjani_____
                                     Sunil R. Harjani
                                     United States Magistrate Judge