UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>JASON BROWN,<br>    also known as "Abdul Ja' Me,"<br>    and "Matthew Dobbs" | No. 19 CR 858<br><br>Honorable Mary M. Rowland<br>District Judge |

## **JOINT STATUS REPORT**

The UNITED STATES OF AMERICA, by its attorney, JOHN R. LAUSCH, JR., United States Attorney for the Northern District of Illinois, and defendant JASON BROWN, by his attorneys Glenn Seiden, Brooke L. Stevens, and Aaron Schwartz, hereby respectfully submit the following status report as directed by the Court (Dkt. No. 49).

**A.    Current Status**

1.    The government continues to prepare additional unclassified discovery to produce in the coming months.

2.    The government anticipates seeking a superseding indictment in the coming months. The majority of the Rule 16 discovery relevant to the additional charges was produced to current counsel on May 1, 2020.

3.    The CISO is working with current counsel concerning their security clearance. Additional discovery will be produced to cleared counsel when appropriate.

### B. Pretrial Motions

4. Counsel for defendant intends to wait until the superseding indictment is returned before assessing defendant's position concerning pretrial motions, and is thus not yet prepared to determine whether this matter will proceed to trial.

### C. Speedy Trial Act

5. Defendant has no objection to the exclusion of time under the Speedy Trial Act between July 28 2020, and the next status hearing, in the interest of justice due to the complex nature of the case, the significant volume of discovery, and continuity of counsel, pursuant to Title 18, United States Code, Section 3161(h)(7).

Dated: July 24, 2020

Respectfully submitted,

JOHN R. LAUSCH, JR.
United States Attorney

By:   /s/ *Shoba Pillay*
SHOBA PILLAY
SEAN K. DRISCOLL
NICHOLAS E. EICHENSEER
Assistant United States Attorneys
United States Attorney's Office
219 South Dearborn Street
Chicago, Illinois 60604
(312) 353-5300

*/s/ Brooke L. Stevens*
Brooke L. Stevens #6295195
Glenn Seiden #2543761
Aaron Schwartz #6331034
Seiden Law Group, P.C.
333 South Wabash Avenue, Suite 2700
Chicago, Illinois 60604
312.236.3060
bstevens@seidengroup.law
gseiden@seidengroup.law
*Counsel for Defendant Brown*