UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>JASON BROWN,<br>    also known as "Abdul Ja' Me,"<br>    and "Matthew Dobbs" | No. 19 CR 858<br><br>Honorable Mary M. Rowland<br>District Judge |

**JOINT STATUS REPORT**

The UNITED STATES OF AMERICA, by its attorney, JOHN R. LAUSCH, JR., United States Attorney for the Northern District of Illinois, and defendant JASON BROWN, by his attorneys Glenn Seiden, Brooke L. Stevens, and Aaron Schwartz, hereby respectfully submit the following status report as directed by the Court (Dkt. No. 53).

**A. Current Status**

1. The government continues to prepare additional unclassified discovery to produce in the coming months. The delay in production is due to the following:

    a. The government seized a significant number of electronic devices during execution of the search warrant at defendant's residence on November 14, 2019. Imaging and review of those electronic devices was delayed due to the COVID-19 pandemic and the volume of forensic analysis pending in other matters at the Regional Computer Forensic Lab.

    b.  The government requires approval from FBI headquarters to prepare some of the discovery for disclosure, which approvals are being processed at a slower rate due to the COVID-19 pandemic.

   2.  The government anticipates seeking a superseding indictment in the coming months.

   3.  The CISO is working with current counsel concerning their security clearance. Additional discovery will be produced to cleared counsel when appropriate.

  **B.**  **Pretrial Motions**

   4.  Counsel for defendant intends to wait until the superseding indictment is returned before assessing defendant's position concerning pretrial motions, and is thus not yet prepared to determine whether this matter will proceed to trial.

  **C.**  **Speedy Trial Act**

   5.  Defendant has no objection to the exclusion of time under the Speedy Trial Act between September 15, 2020, and the next status hearing, in the interest of justice due to the complex nature of the case, the significant volume of discovery, and continuity of counsel, pursuant to Title 18, United States Code, Section 3161(h)(7).

Dated: September 10, 2020                    Respectfully submitted,

                                                          JOHN R. LAUSCH, JR.
                                                          United States Attorney

                                     By:    /s/ *Shoba Pillay*
                                                          SHOBA PILLAY
                                                          SEAN K. DRISCOLL
                                                          NICHOLAS E. EICHENSEER
                                                          Assistant United States Attorneys
                                                          United States Attorney's Office
                                                          219 South Dearborn Street
                                                          Chicago, Illinois 60604
                                                          (312) 353-5300

                                                          */s/ Brooke L. Stevens*
                                                          Brooke L. Stevens #6295195
                                                          Glenn Seiden #2543761
                                                          Aaron Schwartz #6331034
                                                          Seiden Law Group, P.C.
                                                          333 South Wabash Avenue, Suite 2700
                                                          Chicago, Illinois 60604
                                                          312.236.3060
                                                          bstevens@seidengroup.law
                                                          gseiden@seidengroup.law
                                                          *Counsel for Defendant Brown*