From: Jason Brown #54718-424

FILED
OCT 09 2020 SH
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

Case #1:19-cr-00858 SH

Honorable Mary M. Rowland ✳ 10·04·2020

Dear Honorable Mary M. Rowland , My name is Jason Brown Case # 1:19-cr-00858, I'm being held at Mcc Chicago. I was assigned to you 02·27·2020. By the Mercy of God Almighty, may He bless you in your affairs. I'm writing you because of so many issues, I have with my case but the one today was the straw the broke the camels back. You in general hear so much about how the F.B.I. Law Enforcement get convictions and attack you from all angles seeking to get a win by any means necessary. Even if its your family and kids they are threating you with. Its Sunday, Oct 4th and my Dear Mom told me Department of Child Family Services (D.C.F.S.) paid my Wife and kids a visit. Honorable Mary M. Rowland, I swear, I'm lost for words and dont know what to say. Justice I dont think is applied with these tactics, this only bring turmoil, family break-ups, more injustice. First asking God Almighty then you for a halt on the overzealousness. Where is the line drawn with how Law Enforcement seek a win. (Also AUSA) My intentions are genuine and I sincerly ask you to look in to this. Intervene with their erroneous Aim and objective. Kids have never been abused, and from what my Dear Mom said they confirmed this, With them being caught off guard with the surprise visit. My Babies are 11,10,9,5, 8 months old. They have never been abused, went to the Best schools in Lombard. Honorable Mary M. Rowland, please bear with me on writing this letter, its my first but this issue is one where I needed to reach out to you. I'm in need of your Assistance. Jason Brown

Jason Brown



Jason Brown 54718-424
Metropolitan Correctional Center
71 W. Van Buren
Chicago Il 60605

RECEIVED
2020 OCT -9 PM 12:20

S SUBURBAN IL 604
6 OCT 2020 PM 5 L

Honorable Mary M. Rowland
219 S. Dearborn Street
Chicago, Il 60604

10/09/2020-16

60604-200534

LEGAL MAIL



METROPOLITAN CORRECTIONAL CENTER
71 W. VAN BUREN STREET
CHICAGO, IL 60605

A The enclosed letter was processed through special mailing procedures for forwarding to you. Th
letter has neither been opened nor inspected. If the writer raises a question or problem over whic
this facility has jurisdiction, you may wish to return the materiel for further information or clarificatio
If the writer encloses correspondence for forwarding to another addressee, please return the enclosu
to the above address.≅

Date: 06 Oc† 20