UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>      v.<br><br>JASON BROWN,<br>    also known as "Abdul Ja' Me,"<br>    and "Matthew Dobbs" | No. 19 CR 858<br><br>Honorable Mary M. Rowland<br>District Judge |

**SUPERSEDING INFORMATION**
**STATING PREVIOUS VIOLENT CRIME CONVICTION**
**TO BE RELIED UPON IN SEEKING INCREASED PUNISHMENT**

    The UNITED STATES OF AMERICA, by its attorney, JOHN R. LAUSCH, JR., United States Attorney for the Northern District of Illinois, hereby files this Superseding Information Stating Previous Conviction to Be Relied Upon in Seeking Increased Punishment pursuant to Title 21, United States Code, Section 851(a).

    In the event the defendant is convicted of an offense under Title 21, United States Code, Section(s) 841 or 846 as charged in Counts Four, Five, Six, and Seven of the Superseding Indictment in this case, the United States shall seek increased punishment pursuant to Title 21, United States Code, Section 841(b) based upon any one of the following conviction(s) for a serious violent felony, as defined in Title 21, United States Code, Section 802(58):

    Before the defendant committed the offense charged in Counts Four, Five, Six, and Seven of the Superseding Indictment in this case, the defendant had a final conviction for a serious violent felony, namely, a conviction a conviction for second degree murder in Case No. 05 C 44015101 in the Circuit Court of Cook County

(Illinois), in violation of 720 ILCS 5/9-2, for which he served more than 12 months of imprisonment.

WHEREFORE, the government gives notice that defendant has at least one prior conviction for a serious violent felony, and thus:

(a) The sentence upon his conviction for the offense under Title 21, United States Code, Sections 841 and 846 charged in Counts Four and Six of the Superseding Indictment in this case shall include a term of imprisonment of not more than 30 years, a fine not to exceed $2,000,000, and a term of supervised release of at least 6 years up to and including any number of years, including life, pursuant to Title 21, United States Code, Section 841(b)(1)(C); and

(b) The sentence upon his conviction for the offense under Title 21, United States Code, Section 841 charged in Counts Four and Five of the Superseding Indictment in this case shall include a term of imprisonment of not less than 10 years and not more than life, a fine not to exceed $8,000,000, and a term of supervised release of at least 8 years up to and including any number of years, including life, pursuant to Title 21, United States Code, Section 841(b)(1)(B).

(c) The sentence upon his conviction for the offense under Title 21, United States Code, Section 841 charged in Count Seven of the Superseding Indictment in this case shall include a term of imprisonment of not less than 15 years and not more than life, a fine not to exceed $20,000,000, and a term of supervised release of at least

10 years up to and including any number of years, including life, pursuant to Title 21, United States Code, Section 841(b)(1)(A).

Dated: March 3, 2021	Respectfully submitted,

JOHN R. LAUSCH, JR.
United States Attorney

By:	/s/ *Shoba Pillay*
SHOBA PILLAY
SEAN K. DRISCOLL
NICHOLAS J. EICHENSEER
Assistant United States Attorneys
United States Attorney's Office
219 South Dearborn, 5th Floor
Chicago, Illinois 60604
(312) 353-5300