# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | 19 cr 858 |
| v. | ) | |
| | ) | Honorable Mary M. Rowland |
| JASON BROWN, | ) | Honorable Sunil R. Harjani |
| | ) | |
| Defendant. | ) | |

### SEIDEN LAW GROUP, P.C.'S MOTION TO WITHDRAW
### AS COUNSEL FOR JASON BROWN

NOW COMES the law firm of SEIDEN LAW GROUP, P.C., and pursuant to Local Rule 83.16 and Local Rule 83.17, respectfully requests that this Court enter an order granting leave for attorneys of SEIDEN LAW GROUP, P.C. to withdraw as counsel for Defendant Jason Brown, and in support thereof, states as follows:

1. SEIDEN LAW GROUP, P.C. ("SLG") represents the Defendant, JASON BROWN ("Brown"). On April 1, 2020, Glenn Seiden (ARDC #2543761) filed his appearance. On April 7, 2020, Brooke Laurine Stevens (ARDC #6245195) filed her appearance.

2. The Illinois Rules of Professional Conduct state that a lawyer shall withdraw from the representation of a client if the lawyer is discharged. Ill. R. Prof. Conduct 1.16(a)(3).

3. Brown has informed undersigned counsel that they have been terminated and discharged.

4. Brown has been given a copy of this motion, which, per COVID restrictions, has not been noticed for presentment. Brown is currently in custody.

1

WHEREFORE, the law firm of SEIDEN LAW GROUP, P.C., respectfully requests that this Honorable Court enter an Order as follows:

a) granting leave for Glenn Seiden and Brooke Laurine Stevens to withdraw their appearances on behalf of the Defendant, JASON BROWN;

b) granting Defendant JASON BROWN thirty (30) days to find successor counsel before any additional deadlines are imposed upon him; and

c) granting such additional relief as this Court may deem fair and just.

Dated: May 18, 2021

Respectfully submitted,

/s/ Brooke L. Stevens
Brooke Laurine Stevens #6245195
Glenn Seiden #2543761
Seiden Law Group, P.C.
Attorneys for the Defendant Brown
333 South Wabash Ave Ste 2700
Chicago, IL 60604
312.236.3060
gseiden@seidengroup.law
bstevens@seidengroup.law

## Certificate of Service

I, Brooke L. Stevens, do hereby certify under penalties of law that in accordance with Fed. R. Crim. P. 49 and the General Order on Electronic Case Filing (ECF), I caused a copy of the above-titled motion to be served upon the all the named attorneys of record by CM/ECF filing methods on this the 18th day of May 2021.

/s/ Brooke L. Stevens
Brooke L. Stevens